JOHN D. KIRBY
CA Bar No. 149496
LAURA MARRAN
CA. Bar. No. 200374
The Executive Complex
1010 Second Avenue,
Suite 2400, San Diego, CA 92101
Tel (619)557-0100 Fax (619)557-0123
Attorneys for Defendant: Todd Macaluso

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JUDGE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 15-CR-00948 BEN |
| Plaintiff, | |
| vs. | **DECLARATION OF TODD MACALUSO** |
| TODD MACALUSO, | |
| Defendant, | |

I, Todd Macaluso, hereby declare and state the following under the penalty of perjury:

1. On September 03, 2015, my attorney filed my Financial Statement of Debtor that I prepared and reviewed. The Financial Statement of Debtor contains accurate information regarding the information sought therein.

2. I have reviewed the personal financial statements for 2013 and 2014. There were prepared from 2013/2014 QuickBooks data, bank statements and other information showing my assets and liabilities. The personal financial statements for 2013 and 2014 are true, correct and accurate and disclose all of my assets.

Declaration of Todd E. Macaluso

I so declare this 6th day of October 2015, in San Diego, California.

By _____
TODD MACALUSO

Declaration of Todd E. Macaluso